IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re: application of JOE E. COOPER,
ANTONIA B. COOPER,
JUDO HOLDING INVERSIONES, S.A.,
and INVERSIONES DEL RINCON CANO FRIO,
J.C., S.A., for Assistance Before Foreign Tribunals          Case No. 3:08mc24

**ORDER GRANTING APPLICATION FOR ORDER TO
TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

This matter is before the Court upon consideration of Joe E. Cooper, Antonia B. Cooper, Judo Holding Inversiones S.A., and Inversiones del Rincon Cano Frio, J.C., S.A.'s (the "Applicants") Application for Order to Take Discovery Pursuant to 28 U.S.C. § 1782. The Applicants seek this Court's assistance in the production of evidence for use in certain civil proceedings pending in the Dominican Republic. Having reviewed the Applicants' application and it appearing that the requirements of 28 U.S.C. § 1782 have been satisfied, it is hereby:

ORDERED that

1. The application is granted.

2. The Applicants are authorized pursuant to 28 U.S.C. § 1782 to serve subpoenas duces tecum, in the forms attached to the application upon:

    (a) Larry Dale Scott;
    (b) Century Bank;
    (c) Community Bank;
    (d) First State Bank; and
    (e) Singing River Federal Credit Union.

3. Each of the previously mentioned persons and financial institutions are directed to comply with the subpoenas in accordance with, and subject to their rights under the Federal

Rules of Civil Procedure and the Rules of this Court.

4. Hogan & Hartson LLP may sign and serve the subpoenas on the previously mentioned person and financial institutions pursuant to Federal Rule of Civil Procedure 45(a)(3).

5. The Applicants shall deliver copies of this Order and the subpoenas issued pursuant to this Order to counsel for Larry Dale Scott in the pending proceedings before the Dominican Republic courts.

6. The Court shall retain jurisdiction of this matter through the completion of the requested discovery.

DONE AND ORDERED in Jackson, Mississippi, this the 13th day of January, 2009.

S/ Linda R. Anderson
United States Magistrate Judge